# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2015

*The Court of Appeals hereby passes the following order*

## A15A0551. MANCHILOT GUADIE v. DEBRE BISRAT ST. GABRIEL ETHIOPIAN ORTHODOX TEWAHEDO CHURCH et al..

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, February 06, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*, Clerk.